UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GENESIS DIAZ,,

                Plaintiff,                22 **CIVIL** 2256 (KMK)(VR)

    -against-                       **<u>JUDGMENT</u>**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2023, the Court adopts Judge Reznik's R&R, denies Plaintiff's Motion for Judgment on the Pleadings, and grants Defendant's Motion for Judgment on the Pleadings. Judgment is entered for Defendant and the case is closed.

**Dated:** New York, New York

     September 29, 2023

                                                           RUBY J. KRAJICK
                                                              Clerk of Court

                           **BY:**  _____
                                                            **Deputy Clerk**